**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER GRANTING APPELLANT'S MOTION

Appellate case name:     Rich Robins v. Austen Perry Clinkenbeard and Jonathon G. Clinkenbeard aka Jon Clinkenbeard

Appellate case number:   01-19-00059-CV

Trial court case number:  1107951

Trial court:             County Civil Court at Law No. 3 of Harris County

Appellant, Rich Robins, has filed a motion to extend time to September 25, 2020, to file a motion for rehearing and en banc reconsideration of the Court's January 16, 2020 memorandum opinion. Appellant's motion is **GRANTED**. Appellant shall file a motion for rehearing or en banc reconsideration, if any, no later than September 25, 2020.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

It is so ORDERED.

Judge's signature:   _/s/ Evelyn V. Keyes_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:  September 18, 2020_____